# Order

Michigan Supreme Court
Lansing, Michigan

August 6, 2021

162777(41)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ALEXIS CHRISTINE WELSH,
      Defendant-Appellant.
_____/

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 162777
COA: 352517
Saginaw CC: 17-043726-FC

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its Court-ordered answer is GRANTED. The answer will be accepted as timely filed if submitted on or before August 24, 2021.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2021

Clerk